## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

**TIMOTHY A. HUBAL, JR.,**

    **Petitioner,**

    **v.**

**WARDEN, BELMONT CORRECTIONAL
INSTITUTION, et al.,**

    **Respondents.**

**CASE NO. 2:19-CV-5262
JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Kimberly A. Jolson**

### ORDER

On December 10, 2019, the Magistrate Judge issued a *Report and Recommendation*

("R&R") recommending that the petition for a writ of habeas corpus be dismissed.  (ECF No. 2.)

Although the parties were advised of the right to file objections to the R&R, and of the

consequences of failing to do so, no objections have been filed.  Therefore, the R&R (ECF No.

2) is **ADOPTED** and **AFFIRMED**.  This action is hereby **DISMISSED**.

Pursuant to 28 U.S.C. § 2253(c)(1)(A) and Rule 11 of the Rules Governing Section 2254

Cases in the United States District Courts, the Court must determine whether to issue a certificate

of appealability.  Because Petitioner has waived the right to file an appeal by failing to file

objections to the R&R, *see Thomas v. Arn*, 474 U.S. 140, 147 (1985); *United States v. Walters*,

638 F. 2d 947, 950 (6th Cir. 1981), the Court **DECLINES** to issue a certificate of appealability.

**IT IS SO ORDERED.**

_____
**DATE**  1-8-2020

_____
**EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE**